PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATINDER SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UR JADDOU, ET AL.,<br><br>　　　　　Defendants. | CASE NO. 2:24-CV-01951-TLN-CSK<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

　　　The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2018. USCIS is taking action to schedule Plaintiff's interview and anticipates it will be able to schedule the interview within a 30-day extension. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application.

/ / /

/ / /

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 6, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  September 25, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA T. ARENA
Jessica T. Arena
Counsel for Plaintiff

Dated: September 25, 2024

**IT IS SO ORDERED.**

Dated: September 26, 2024

_____
Troy L. Nunley
Chief United States District Judge